# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 25−10169−cgb

Chapter No.: 7

Judge: Christopher G Bradley

IN RE: **Austin My Houston LLC** , Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**8/1/25** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:           MAIL COPY OF PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT                     Ron Satija
903 SAN JACINTO, SUITE 322                 PO Box 660208
AUSTIN, TX 78701                           Austin, TX 78766

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*\*\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 4/25/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

In re:   Case No. 25-10169-cgb
Austin My Houston LLC   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1     User: admin     Page 1 of 2
Date Rcvd: Apr 25, 2025     Form ID: 148     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Austin My Houston LLC, 3112 Windsor Rd, PMB#338, Austin, TX 78703-2350 |
| 18863096 | + | Ageint Security, 15487 Pin Oak Dr, Conroe, TX 77384-3549 |
| 18863097 | + | Ashley Braun, c/o Luc Nguyen, Clutch Law Group PLLC, 2500 W Loop S., Ste 525, Houston, TX 77027-4523 |
| 18863103 | + | Constellation Energy, 1001 Louisiana St #2300, Houston, TX 77002-5089 |
| 18863099 | + | Fourth (Hot Schedules), 6504 Bridge Point Parkway, Suite 425, Austin, TX 78730-5005 |
| 18863100 | + | Tabulation Bookkeeping, 2111 Dickson Dr., Ste 10, Austin, TX 78704-4788 |
| 18863101 | | Texas AG Child Support Division, PO Box 659791, San Antonio, TX 78265-9791 |
| 18863102 | + | Texas Alcohol Beverage Commission, 5806 Mesa Dr, Austin, TX 78731-3765 |
| 18856738 | + | UR Properties I LP, c/o Ardalan Attar, ChristianAttar, 1177 W Loop S., Ste 1700, Houston, TX 77027-9031 |
| 18856739 | + | Urban Properties LLC, c/o Ardalan Attar, ChrstianAttar, 1177 W Loop S., Ste 1700, Houston, TX 77027-9031 |
| 18856740 | + | Vinod Kewlaramani, c/o Ardalan Attar, ChrstianAttar, 1177 W Loop S., Ste 1700, Houston, TX 77027-9031 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Apr 25 2025 22:18:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 18863098 | | Email/Text: Credit&CollectionsBankruptcy@centerpointenergy.com | Apr 25 2025 22:18:00 | Centerpoint Energy, PO Box 4981, Houston, TX 77210-4981 |
| 18856736 | | Email/Text: pacer@cpa.state.tx.us | Apr 25 2025 22:18:00 | Texas Comptroller, PO Box 149348, Austin, TX 78714-9348 |
| 18856737 | ^ | MEBN | Apr 25 2025 22:09:01 | U.S. Small Business Administration, 1545 Hawkins Blvd, Ste 202, El Paso, TX 79925-2654 |
| 18863104 | + | Email/Text: rmcbknotices@wm.com | Apr 25 2025 22:19:00 | Waste Management National Services, Inc., 1001 Fannin, Suite 4000, Houston, TX 77002-6711 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Randall Adam Swick | on behalf of Debtor Austin My Houston LLC adam.swick@akerman.com teresa.barrera@akerman.com;valerie.braun@akerman.com;bentley.harris@akerman.com |
| Ron Satija | rsatija@haywardfirm.com szeigler@fsscommerce.com;RS135@trustesolutions.net;rsatija@ecf.inforuptcy.com;laura@satijatrustee.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 3